UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| TIMOTHY P. MORRIS,<br><br>           Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>           Defendant. | CASE NO. 02:07-CV–1207 KJM<br><br>ORDER REMANDING THE ACTION TO THE COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |

      Upon application by Defendant the Commissioner of the Social Security Administration, and good cause appearing,

      IT IS HEREBY ORDERED that this action be remanded to the Commissioner of the Social Security Administration pursuant to sentence six of 42 U.S.C. § 405(g).

DATED: December 11, 2007.

_____
U.S. MAGISTRATE JUDGE