1

2                    UNITED STATES DISTRICT COURT

3                    EASTERN DISTRICT OF CALIFORNIA

4                         **SACRAMENTO DIVISION**

5

6    TIMOTHY P. MORRIS,                )
                                       )        CIVIL NO. 2:07-CV–1207 KJM
7         Plaintiff,                   )
                                       )
8              v.                      )        **ORDER**
                                       )
9    MICHAEL J. ASTRUE,                )
     Commissioner of                   )
10   Social Security,                  )
                                       )
11        Defendant.                   )
     _____)

12

13

14        Pursuant to Defendant's ex Parte Motion and Memorandum in Support of Motion to Reopen, and

15   good cause appearing,

16

17        IT IS ORDERED that this matter is re-opened and that judgment is entered in favor of Plaintiff

18   pursuant to **sentence 4** of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

19

20   Dated: October 8, 2009.

21

22   _____
     U.S. MAGISTRATE JUDGE
23

24

25

26

27

28